# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00430-CV

**Kevin Bierwirth, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-0132-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Kevin Bierwirth provided this Court with notice of his filing for bankruptcy (*In re: Kevin L. Bierwirth*, United States Bankruptcy Court, Western District of Texas, Austin Division, Chapter 7, Cause No. 13-11730D). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the appeal to proceed. *See* Tex. R. App. P. 8.3(a).

Before Justices Puryear, Pemberton, and Rose

Bankruptcy

Filed: October 24, 2013